# EXHIBIT 44



**DX079**