# EXHIBIT 45



ABOUT US  |  PRODUCTS  |  RETAIL LOCATOR



At Fuel Helmets, we are motorcycle nuts! We live and breathe for two wheels, quads and ATVs. Whether on the pavement or on the dirt, Fuel promises quality and we stand behind every helmet we sell.

If for any reason, any part of the helmet is defective as the result of a manufacturing flaw, Fuel will ship a FREE replacement part.
Simply [click here](#) for a free replacement part!



**Fuel Helmet Categories**
[Full Face Helmets](#)
[Open Face Helmets](#)
[Half Helmets](#)
[Off Road Helmets](#)

**[Half Helmet Safety Recall](#)**



| FAQs  | DOWNLOADS  | CATEGORY MANAGEMENT |
Call: 800-971-4630   |   Email: info@fuelhelmets.com
All Images and Text © Fuel Helmets, Inc.







ABOUT US  |  PRODUCTS  |  RETAIL LOCATOR

| FAQs  | DOWNLOADS  | CATEGORY MANAGEMENT |
Call: 800-971-4630  |  Email: info@fuelhelmets.com
All Images and Text © Fuel Helmets, Inc.

http://www.fuelhelmets.com/fullface.html[12/5/2012 7:45:10 AM]







